UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TIERA JOHNSON ) | |
| ) | |
| Plaintiff, *Pro Se*, ) | |
| v. ) | Case No. 3:23-cv-00650 |
| ) | |
| CREDENCE RESOURCE MANAGEMENT, ) | Senior Judge Robert J. Conrad, Jr. |
| LLC ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Defendant, Credence Resource Management, LLC ("CRM"), by and through undersigned counsel, hereby provides notice that Plaintiff and CRM have reached a settlement agreement in the above-titled case and are presently finalizing and executing the settlement documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 28, 2024            Respectfully submitted,

*/s/ Brian D. Roth*
Brian D. Roth, Esq. (# 18415)
SESSIONS, ISRAEL & SHARTLE, LLC
Lakeway Three, Suite 2800
3838 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: broth@sessions.legal
*Counsel for Defendant,*
*Credence Resource Management, LLC*

## CERTIFICATE OF SERVICE

I certify that on March 28, 2024, a copy of the forgoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Brian D. Roth*
 *Attorney*